AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)*<br>v.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: January 22, 2019

*s/ Ruth Guerrero*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-225

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>STORM TIGHT WINDOWS OF TEXAS, INC.</u> was received by me on *(date)* <u>Jan 22, 2019, 2:31 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>DESIREE R.</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>UNITED STATES CORPORATION AGENTS, INC., THE REGISTERED AGENT FOR STORM TIGHT WINDOWS OF TEXAS, INC.</u> on *(date)* <u>Wed, Jan 23 2019</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 1/24/2019

_____
*Server's signature*

Barbara C. Stinnett - Process Server - PSC-1181 Exp 7/31/2020
*Printed name and title*

P.O. Box 684627, Austin TX 78768
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 23, 2019, 10:56 am at 9900 SPECTRUM DR, AUSTIN, TX 78717 received by STORM TIGHT WINDOWS OF TEXAS, INC., BY DELIVERING TO THE REGISTERED AGENT, UNITED STATES CORPORATION AGENTS, INC., WHERE THE DOCUMENT WAS RECEIVED BY DESIREE R., DESIGNATED AGENT FOR SERVICE OF PROCESS