UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMMA MENDOZA, and MANUEL MENDOZA, individually and on behalf of all other's similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-225 |
| STORM TIGHT WINDOWS OF TEXAS, INC., | § § § § | |
| Defendant. | § § § | |

## STIPULATED DISMISSAL PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Emma Mendoza and Manuel Mendoza, and Defendant, Storm Tight Windows of Texas, Inc., (collectively, the "Parties"), through their respective undersigned counsel, file this stipulated dismissal, stipulating that all claims of Plaintiffs against Defendant be dismissed in their entirety with prejudice.

Dated: September 4, 2019

Respectfully submitted,

| | |
|---|---|
| **RONALD MUSTO** | **STORM TIGHT WINDOWS OF TEXAS, INC.** |
| | |
| */s/ Gary M. Klinger* | */s/ Glenn R. LeMay* |
| | |
| **KOZONIS & KLINGER, LTD.** | **GORDON & REES LLP** |
| Gary M. Klinger (pro hac vice) | Glenn R. LeMay |
| 4849 N. Milwaukee Ave., Ste. 300 | 1900 West Loop South, Suite 1000 |
| Chicago, Illinois 60630 | Houston, Texas 77027 |
| Phone: 312.283.3814 | Phone: (713) 961-3366 |
| Fax: 773.496.8617 | Fax: (713) 961-3938 |
| gklinger@kozonislaw.com | glemay@grsm.com |

**Hughes Ellzey LLP**
Jarrett L Ellezy, Jr.
1105 Milford St.
Houston, TX 77006
888-350-3931
Fax: 888-995-3335
Email: jarrett@hughesellzey.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Jarrett L Ellzey, Jr.
**Hughes Ellzey LLP**
Jarrett L Ellzey, Jr.
1105 Milford St.
Houston, TX 77006
888-350-3931
Fax: 888-995-3335
Email: jarrett@hughesellzey.com