United States District Court
Southern District of Texas
**ENTERED**
September 05, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMMA MENDOZA, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-0225 |
| | § | |
| STORM TIGHT WINDOWS OF | § | |
| TEXAS, INC., | § | |
| Defendant. | § | |

## DISMISSAL ORDER

In accordance with the parties' Stipulated Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [Doc. # 19], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this 5th day of **September, 2019**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2019\0225DO.wpd   190905.1335